AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 30, 2026**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| BRITTNEY M. o./b./o. D.S., a minor | ) |
| *Plaintiff* | ) |
| v. | ) |
| | ) |
| | ) |

Civil Action No.   2:25-CV-0456-TOR

COMMISSIONER OF SOCIAL SECURITY
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:   The Parties' Stipulated Motion for Remand (ECF No. 14) is GRANTED. This case is REVERSED and REMANDED
pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.
Judgment in favor of Plaintiff.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge      THOMAS O. RICE

Date:   3/30/2026

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*